IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 98-79 |
| ) | Civil No. 00-2302 |
| TODD R. DAVIES ) | |

ORDER

AND NOW, upon consideration of the foregoing Motion To Dismiss,

IT IS HEREBY ORDERED that the Motion is GRANTED, and that the indictment is hereby DISMISSED.

GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE
DATED: 7-24-06

cc: All Counsel
    US Marshal
    US Probation
    US Pretrial Services.